**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GARY MORRIS,

    Plaintiff,

v.                                  Case No. 15-12267

MICHAEL EAGEN,
JEROME L. WARFIELD, SR.,
and BARBARA S. SAMPSON,

    Defendants.
                                  /

**JUDGMENT**

In accordance with the court's "Order of Dismissal," dated October 26, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Michael Eagen, Jerome Warfield, and Barbara Sampson and against Plaintiff Garry Morris. Dated at Detroit, Michigan, this 26th day of October 2015.


                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: October 26, 2015


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 26, 2015, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522